**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

ISAIAS RAMIREZ ALONZO,

          Petitioner,

          v.

WARDEN, *et al.*,

          Respondents.

Case No. 2:26-cv-03719 (BRM)

**ORDER**

**THIS MATTER** is before the Court on Petitioner Isaias Ramirez Alonzo's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his continued detention. (ECF No. 1.) Respondents filed an Opposition (ECF No. 5), Petitioner replied (ECF No. 6), and Respondents responded (ECF No. 7). Having reviewed and considered the parties' submissions filed in connection with the Petition and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 27th day of May 2026,

**ORDERED** that Petitioner's Petition (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall **RELEASE** Petitioner from custody under the same conditions of release that existed immediately prior to his April 15, 2025 re-detention; and it is further

**ORDERED** that Respondents are **PROHIBITED** from re-detaining Petitioner absent a significant likelihood of his removal in the reasonably foreseeable future; and it is further

1

**ORDERED** that the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon Respondents electronically and upon Petitioner by regular mail and shall **CLOSE** this matter.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**